# **EXHIBIT A**

## **EXHIBIT A**
## **PEARL JAM TOUR ITINERARY**

| | |
|---|---|
| August 29 and 31, 2024 | Wrigley Field<br>Chicago, IL |
| September 3 and 4, 2024 | Madison Square Garden<br>New York, NY |
| September 7 and 9, 2024 | Wells Fargo Center<br>Philadelphia, PA |
| September 12, 2024 | CFG Bank Arena<br>Baltimore, MD |
| September 15 and 17, 2024 | Fenway Park<br>Boston, MA |