IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TSURT, LLC and PEARL JAM, LLC, | ) | |
| | ) | Case No. 2024-CV-7541 |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Honorable Joan H. Lefkow |
| | ) | |
| VARIOUS JOHN DOES, VARIOUS JANE DOES and XYZ COMPANIES, | ) ) | |
| | ) | |
| Defendants. | ) | |

**EX PARTE MOTION FOR PRELIMINARY INJUNCTION WITH
TEMPORARY RESTRAINING ORDER AND ORDER OF SEIZURE**

Plaintiffs TSURT, LLC and Pearl Jam, LLC hereby move *ex parte* for a Temporary Restraining Order, Order of Seizure and Preliminary Injunction against Defendants who are selling merchandise falsely bearing the trademark, logos and/or likenesses of the musical group known as Pearl Jam.

The Order sought by this Motion provides for a Temporary Restraining Order and Seizure Order. The Order, if signed by the Court, would provide, *inter alia*, that Defendants be restrained from manufacturing, distributing and selling their infringing and imitative PEARL JAM merchandise. Furthermore, the U.S. Marshal and/or other law enforcement authorities would be authorized and directed to seize and impound any and all infringing PEARL JAM merchandise that is sold within a four-mile radius of PEARL JAM concerts on the present PEARL JAM concert tour.

Plaintiffs are moving *ex parte* because Defendants are parties who sell t-shirts and other merchandise outside of concert halls at which PEARL JAM will be performing. Those parties

cannot be identified until they actually appear at the PEARL JAM concerts. If Plaintiffs were to wait to identify those parties and give them notice of this Motion, the concerts already would have occurred and they would have sold their infringing merchandise and traveled on to the next concert without Plaintiffs having had the opportunity to seize the infringing merchandise.

This Motion is made upon the grounds set forth herein and in the Memorandum of Law, Complaint and Declarations of Kenneth A. Feinswog and Christopher Siglin submitted herewith.

Dated: August 21, 2024

Respectfully submitted,
TSURT, LLC and PEARL JAM, LLC

By: /s/ *Steven P. Mandell*
One of their attorneys

Steven P. Mandell (ARDC #6183729)
Bryan G. Lesser (ARDC #6330021)
MANDELL MENKES LLC
One North Franklin, Suite 900
Chicago, Illinois 60606
Telephone: (312) 251-1000
Email: smandell@mandellmenkes.com

Kenneth A. Feinswog (*pro hac vice*)
Law Offices of Kenneth A. Feinswog
400 Corporate Pointe, Suite 300
Culver City, CA 90230
Telephone: 310-846-5800
Email: kfeinswog@gmail.com

*Counsel for Plaintiffs*