IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **TSURT, LLC and PEARL JAM, LLC,** | ) | |
| | ) | Case No.     2024-cv-7541 |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | Honorable Joan H. Lefkow |
| | ) | |
| **VARIOUS JOHN DOES, VARIOUS JANE DOES and XYZ COMPANIES,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE AS TO AFFILIATES

The undersigned, counsel for Plaintiffs, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal:

Plaintiff TSURT, LLC and Plaintiff PEARL JAM, LLC.     Chris Siglin is the sole owner of TSURT, LLC.  The members of the musical group Pearl Jam are the owners of PEARL JAM, LLC.

There are no corporate parents, affiliates and/or subsidiaries of said parties that are publicly held.

Dated:  August 21, 2024

Respectfully submitted,
TSURT, LLC and PEARL JAM, LLC

By: /s/ *Steven P. Mandell*
One of their attorneys

Steven P. Mandell (ARDC #6183729)
Bryan G. Lesser (ARDC #6330021)
MANDELL MENKES LLC
1 N. Franklin Street, Suite 900
Chicago, Illinois 60606
Telephone:  (312) 251-1000

Email: smandell@mandellmenkes.com
blesser@mandellmenkes.com

Kenneth A. Feinswog (*pro hac vice*)
Law Offices of Kenneth A. Feinswog
400 Corporate Pointe, Suite 300
Culver City, CA 90230
Telephone: 310-846-5800
Email: kfeinswog@gmail.com

*Counsel for Plaintiffs*