## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: TSURT, LLC and Pearl Jam, LLC v. Various John Does, Various Jane Does, and XYZ Companies

Case Number: 24-cv-7541

An appearance is hereby filed by the undersigned as attorney for:

Plaintiffs TSURT, LLC and Pearl Jam, LLC

Attorney name (type or print): Bryan G. Lesser

Firm: Mandell Menkes LLC

Street address: 1 N. Franklin St., Suite 900

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6330021
(See item 3 in instructions)

Telephone Number: (312) 251-1000

Email Address: blesser@mandellmenkes.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | X |
| Are you acting as local counsel in this case? | X | |
| Are you a member of the court's trial bar? | | X |
| If this case reaches trial, will you act as the trial attorney? | | X |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on August 22, 2024

Attorney signature: S/ Bryan G. Lesser

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015