# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

TSURT, LLC, et al.

                               Plaintiff,

v.                                                     Case No.: 1:24−cv−07541
                                                    Honorable Joan H. Lefkow

Various John Does, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 23, 2024:

        MINUTE entry before the Honorable Joan H. Lefkow: Telephone motion hearing held on 8/23/2024. Plaintiffs' ex parte motion for order to show cause on motion for preliminary injunction with temporary restraining order and order of seizure [3] is granted. Enter Temporary Restraining Order. Because the temporary restraining order will expire on 9/6/2024, Plaintiffs' ex parte motion for preliminary injunction with temporary restraining order and order of seizure [4]and/or to extend the temporary restraining order is set for 9/6/2024 at 10:00 a.m. via telephone. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Please note that the conference call−in will be used by all cases that are on the court's calendar for the said date, therefore counsel must be in a quiet area while on the line and must have the telephone muted until your case is called. Members of the public and media will be able to call in to listen to this hearing. The call−in number is (877) 402−9753 and the access code is 1564342. Counsel of record will receive an email the day before the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.