FILED

AUG 27 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COUORT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TSURT, LLC and PEARL JAM, LLC, ) | |
| ) | Case No. 1:24-cv-07541 |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Judge Joan H. Lefkow |
| ) | |
| VARIOUS JOHN DOES, VARIOUS ) | Magistrate: |
| JANE DOES and XYZ COMPANIES, ) | |
| ) | |
| Defendants. ) | |

### REGISTRY DEPOSIT INFORMATION FORM

1. Case Number: 1:24-cv-075421

2. Case Name: TSURT, LLC v. Various John Does, Various Jane Does and XYZ Companies

3. Moving Party: TSURT, LLC and Pearl Jam, LLC – Plaintiffs

4. Amount of Deposit: $10,000.00

5. Are the funds being deposited as interpleader funds under 28 U.S.C. § 1335? - NO

6. If "yes", do you anticipate interim disbursements of funds for case expenses before the court determines the ownership of the funds? Not applicable.


/s/ Kenneth A. Feinswog         August 27, 2024
Attorney for Plaintiffs         Date

1