**IN THE UNITED STATES DISTRICT COUORT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **TSURT, LLC and PEARL JAM, LLC,** | ) | |
| | ) | **Case No. 1:24-cv-07541** |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Judge: Joan H. Lefkow** |
| | ) | |
| **VARIOUS JOHN DOES, VARIOUS** | ) | |
| **JANE DOES and XYZ COMPANIES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Please take notice that Plaintiffs hereby dismiss the above-referenced action without

prejudice pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure because no

defendants were served with the Temporary Restraining Order and Complaint at the Pearl Jam

concerts in Chicago, Illinois on August 29 and 31, 2024. Plaintiffs respectfully request that the

Court issue an Order returning the $10,000.00 posted as security to Plaintiff TSURT, LLC.

Dated:  September 2, 2024                          Respectfully submitted,


                                                   By: /s/ *Kenneth A. Feinswog*
                                                   Kenneth A. Feinswog (*pro hac vice)*
                                                   Law Offices of Kenneth A. Feinswog
                                                   400 Corporate Pointe, Suite 300
                                                   Culver City, CA  90230
                                                   Telephone:  310-846-5800
                                                   Email:  kfeinswog@gmail.com

                                                   Steven P. Mandell
                                                   MANDELL MENKES LLC
                                                   333 W. Wacker Dr., Suite 450
                                                   Chicago, Illinois 60606
                                                   Telephone:  (312) 251-1000
                                                   Email: smandell@mandellmenkes.com

                                                   *Counsel for Plaintiffs*