**IN THE UNITED STATES DISTRICT COUORT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **TSURT, LLC and PEARL JAM, LLC,** | ) | |
| | ) | **Case No. 1:24-cv-07541** |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | **Judge: Joan H. Lefkow** |
| | ) | |
| **VARIOUS JOHN DOES, VARIOUS** | ) | |
| **JANE DOES and XYZ COMPANIES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFFS' MOTION FOR RETURN OF POSTED SECURITY**

Plaintiffs hereby move for an Order directing the Clerk of the Court to issue a check made payable to TSURT, LLC in the amount of $10,000.00 and send it to Plaintiffs' counsel, Kenneth A. Feinswog, 400 Corporate Pointe, Suite 300, Culver City, California 90230.

1

Plaintiffs are requesting the return of the security posted for the Temporary Restraining Order and Order of Seizure in the above-referenced matter because no defendants were served with the Temporary Restraining Order and Complaint at the Pearl Jam concerts in Chicago, Illinois on August 29 and 31, 2024 and no Pearl Jam merchandise was seized.

Dated: September 5, 2024          Respectfully submitted,

By: /s/ *Kenneth A. Feinswog*
Kenneth A. Feinswog (*pro hac vice*)
Law Offices of Kenneth A. Feinswog
400 Corporate Pointe, Suite 300
Culver City, CA 90230
Telephone: 310-846-5800
Email: kfeinswog@gmail.com

Steven P. Mandell
MANDELL MENKES LLC
333 W. Wacker Dr., Suite 450
Chicago, Illinois 60606
Telephone: (312) 251-1000
Email: smandell@mandellmenkes.com

*Counsel for Plaintiffs*