**IN THE UNITED STATES DISTRICT COUORT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **TSURT, LLC and PEARL JAM, LLC,** | ) | |
| | ) | **Case No. 1:24-CV-07541** |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Judge: Joan H. Lefkow** |
| | ) | |
| **VARIOUS JOHN DOES, VARIOUS** | ) | |
| **JANE DOES and XYZ COMPANIES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**[PROPOSED] ORDER TO RETURN SECURITY**
**POSTED FOR TEMPORARY RESTRAINING ORDER**

Plaintiffs having filed a motion seeking the return of the security posted for the Temporary Restraining Order and Order of Seizure in the above-referenced matter because no parties were served with the Complaint and Temporary Restraining Order;

IT IS HEREBY ORDERED that:

The Clerk of the Court issue a check for $10,000.00 made payable to Plaintiff TSURT, LLC and send it to Plaintiffs' counsel, Kenneth A. Feinswog, 400 Corporate Pointe, Suite 300, Culver City, California 90230.

September ___, 2024

_____
THE HONORABLE JOAN H. LEFKOW
UNITED STATES DISTRICT JUDGE

1