IN THE UNITED STATES DISTRICT COUORT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TSURT, LLC and PEARL JAM, LLC, | ) |
| | ) Case No. 1:24-CV-07541 |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Judge: Joan H. Lefkow |
| | ) |
| VARIOUS JOHN DOES, VARIOUS JANE DOES and XYZ COMPANIES, | ) |
| | ) |
| Defendants. | ) |

## AMENDED ORDER TO RETURN SECURITY POSTED FOR TEMPORARY RESTRAINING ORDER

Plaintiffs having filed a motion seeking the return of the security posted for the Temporary Restraining Order and Order of Seizure in the above-referenced matter because no parties were served with the Complaint and Temporary Restraining Order;

IT IS HEREBY ORDERED that:

The Clerk of the Court issue a check for $10,000.00, plus accrued interest, made payable to Plaintiff TSURT, LLC and send it to Plaintiffs' counsel, Kenneth A. Feinswog, 400 Corporate Pointe, Suite 300, Culver City, California 90230.

September 9, 2024

*Joan H. Lefkow*
THE HONORABLE JOAN H. LEFKOW
UNITED STATES DISTRICT JUDGE

1